# IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE NORTHERN DISTRICT OF
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) No. 19-25357 |
| Armando Silva | ) Ho. Carol A. Doyle |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |

## NOTICE OF MOTION

To:   **Tom Vaughn:** 55 E. Monroe Street – Suite 3850, Chicago, Illinois 60603; *via electronic court notification*

**Armando Silva,** 2920 N. Oak Park Ave., Chicago, Illinois 60634; *via regular mail*

**Christopher Davies,** CEO, CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, Mo 63368-2240, *via Certified US Mail, Return Receipt, postage prepaid and via FedEx, Signature Required*

*See attached Service list via US regular mail, postage prepaid*

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Carol A. Doyle, in Courtroom of the Federal Courthouse, located at 219 S. Dearborn St. in Chicago, Illinois 60604, Courtroom 742, on October 3, 2019 at 9:30 a.m. and then and there present the attached Motion.

*/s/ Joshua Martin*
JOSHUA MARTIN

/s/ Joshua M. Martin
Attorney for Debtor
Citizens Law Group, Ltd.
3069 W. Armitage Ave
Chicago, Illinois 60647
(312) 361-3833
josh@citizenslawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the foregoing Notice and Motion to be served upon the United States Trustee, (and any others having registered) pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, served upon the Debtor, counsel, and served upon the other parties listed on the attached Service List by depositing same in the United States Mail, first class postage prepaid, before 5:00pm on September 11, 2019.

By: /s/ Joshua M. Martin
Joshua M. Martin

Bank Of America
Po Box 982238
El Paso, TX 79998


Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Chase
Po Box 15298
Wilmington, DE 19850


Citimortgage
Attn: Centralized Bankruptcy
Po Box 9438
Gettsburg, MD 20898


James DiGate
A's Family Restaurant
1180 W. US-34
Plano, IL 60545


Kluever & Platt c/o Deutsche Bank
65 East Wacker Pl., Suite 2300
Chicago, IL 60601


kohl's
PO Box 3115
Milwaukee, WI 53201-3115


MERS
1901 E. Voorhees St - Suite C
Danville, IL 61834


Northern Leasing Syste
525 Washington Blvd
Jersey City, NJ 07310


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

Rgs Financial
Attn: Bankruptcy
Po Box 852039
Richardson, TX 75085


Sam's Club
P.O. Box 981064
El Paso, TX 79998-1064


Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603


T-Mobile
P.O. Box 37380
Albuquerque, NM 87176

## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE NORTHERN DISTRICT OF
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) No. 19-25357 |
| **Armando Silva** | ) Ho. Carol A. Doyle |
| | ) Chapter 13 |
| | ) |
| **Debtor.** | ) |

### MOTION TO DETERMINE VALUE OF CLAIM

NOW COMES the Debtor, Armando Silva, by and through his attorneys, Citizens Law Group, Ltd, and in support of the Debtors' Motion to Determine the Value of the Claim of CitiMortgage, Inc. pursuant 11 U.S.C. § 506(a) and (d) and F.R.B.P 23012, states as follows:

1. This court has jurisdiction over this matter under 28 U.S.C. § § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed pursuant to 28 U.S.C. Section 1409

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

4. Debtor filed the instant case on August 28, 2019.

5. The Debtor's Chapter 13 Plan has not yet been confirmed.

6. Debtor owns his home ("Property") located at 2920 N. Oak Park Ave., Chicago, Illinois 60634, PIN 13-30-126-029-0000.

7. The fair market value of the Property at the time of filing this case was not more than $248,640. See Exhibit 1.

8. The first mortgage lien on the property is held by Shellpoint Mortgage Servicing in the amount of $383,083 See Exhibit B.

9. The second mortgage lien on the property is held by CitiMortgage, Inc., in the amount of $57,500.

10. Pursuant to 11 U.S.C. 506(a) and (d), the lien held by CitiMortgage, Inc. is wholly unsecured. The lien is allowed to the extent of the value of the estate's interest in the property securing said claim and the lien would be void to the extent it is not an allowed secured claim.

11. The collateral securing the second position lien of CitiMortgage, Inc. should be set at $0.00 (zero dollars) and the balance of $57,500 should be treated as a general unsecured claim.

12. The Deed of Trust in favor of CitiMortgage, Inc. should be stripped from the Property and avoided.

WHEREFORE, Debtor prays this Court enter an order:

(A) Finding the value of the Debtor's property generally described at 2920 N. Oak Park Ave., Chicago, Illinois 60634, is valued at $248,640.00; and
(B) Finding that the second mortgage held by CitiMortgage, Inc with a lien of $57,500 is valued at $0.00 (zero dollars) and is completely unsecured; and
(C) CitiMortgage, Inc. shall file a release of lien; and
(D) For such further and other relief as this Court deems equitable and just.

RESPECTFULLY SUBMITTED

/s/ Joshua M. Martin
Joshua M. Martin (#6283465)
Attorney for Debtor
Citizens Law Group, Ltd.
3069 W. Armitage Ave
Chicago, Illinois 60647
(312) 361-3833
josh@citizenslawgroup.com